# EXHIBIT C

| Premiums Paid Between 06/2025-06/2026 | | | |
|---|---|---|---|
| Distinct Count of Policy  ID | # of Premium Payments Made | Distinct Count of Single Payment Source | Sum of Premium Payment Amt |
| 1216 | 3296 | 725 | $1,813,272 |

| Policies with >= 1 Common Single Payment Source | | | | |
|---|---|---|---|---|
| Distinct Count of Policy  ID | # of Premium Payments Made | Distinct Count of Single Payment Source | % of Total Distinct Policy ID | % of Total Distinct Single Payment Source |
| 1122 | 2318 | 213 | **92.3%** | 29% |

| Payment Source Linked to Multiple Distinct Policies | | |
|---|---|---|
| Distinct Count of Policy ID | Distinct Count of Single Payment Source | Sum of Premium Payment Amt |
| >=5 | 91 | $1,217,456 |
| >=10 | 51 | $1,079,046 |
| >=20 | 26 | $800,748 |
| >=30 | 18 | $631,160 |
| >=40 | 11 | $422,608 |
| >=50 | 6 | $271,872 |
| >=60 | 4 | $184,775 |
| >=70 | 2 | $89,536 |

| Top Single Payment Source by # Distinct Policy ID | | |
|---|---|---|
| Distinct Count of Policy ID | Distinct Count of Single Payment Source | Sum of Premium Payment Amt |
| 79 | 1 | $79,146 |
| 75 | 1 | $10,390 |
| 65 | 1 | $41,682 |
| 61 | 1 | $53,557 |
| 55 | 1 | $46,225 |
| 50 | 1 | $40,872 |