# EXHIBIT D

| Stripe Fingerprint | Payment Method | # Unique Members |
|---|---|---|
| TcDO82h8gihRBdaG | Debit Card | 75 |

| PROVIDER | | # Unique Members |
|---|---|---|
| INNERVISIONS RECOVERY CENTER LLC | | 34 |
| SUN AND MOON REHABILITATION | | 13 |
| CLEAR CONSCIENCE TREATMENT CENTER | | 12 |
| COMFORT RECOVERY IOP LLC | | 8 |
| RISE AND RENEW INC. | | 3 |
| COMFORT RECOVERY TREATMENT | | 2 |
| MEDICHEX, INC. | | 2 |
| PATHWAY TO RECOVERY | | 1 |

| Stripe Fingerprint | Payment Method | # Unique Members |
|---|---|---|
| nYvHIaGWuHwuGYhN | US Bank Account | 74 |

| PROVIDER | | # Unique Members |
|---|---|---|
| INSPIRE RECOVERY CENTER INC | | 25 |
| ENTRUST RECOVERY CENTER | | 20 |
| HARMONY HILLS RECOVERY INC | | 16 |
| COMFORT RECOVERY IOP LLC | | 8 |
| AVAN WELLNESS CENTER | | 3 |
| DELUXE TREATMENT CENTER INC | | 1 |
| LOVE & LIGHT RECOVERY CEN | | 1 |

| Stripe Fingerprint | Payment Method | # Unique Members |
|---|---|---|
| AEcUN048MhLgl2Ks | Debit Card | 51 |

| PROVIDER | | # Unique Members |
|---|---|---|
| ENTRUST RECOVERY CENTER INC | | 16 |
| INSPIRE RECOVERY CENTER | | 9 |
| HARMONY HILLS RECOVERY IN | | 6 |
| SPIRITUAL WELLNESS AND RECOVERY | | 4 |
| 1ST HOUSE OF LIFE INC | | 3 |
| AVAN WELLNESS CENTER | | 3 |
| ESSENCE RECOVERY CENTER | | 2 |
| DELUXE TREATMENT CENTER | | 2 |
| SERENITY PATH RECOVERY INC | | 2 |
| COMFORT RECOVERY IOP LLC | | 2 |
| VANITY WELLNESS CENTER INC | | 1 |
| VANITY DETOX CENTER INC | | 1 |

| Stripe Fingerprint | Payment Method | # Unique Members |
|---|---|---|
| CWM7CDE13EmfDATZ | Debit Card | 47 |

| PROVIDER | | # Unique Members |
|---|---|---|
| UPLIFT RECOVERY NOHO LLC | | 18 |
| ESSENCE RECOVERY CENTER INC | | 11 |
| VANITY DETOX CENTER INC | | 4 |
| UPLIFT RECOVERY CENTER LLC | | 4 |
| VANITY WELLNESS CENTER IN | | 3 |
| LAKERIDGE RECOVERY CENTER | | 3 |
| INNER LIGHT RECOVERY LLC | | 3 |
| AVAN WELLNESS CENTER | | 1 |

| Stripe Fingerprint | Payment Method | # Unique Members |
|---|---|---|
| B9bUhvmVUmyzFZ7w | Debit Card | 42 |

| PROVIDER | | # Unique Members |
|---|---|---|
| UPLIFT RECOVERY NOHO LLC | | 21 |
| ESSENCE RECOVERY CENTER INC | | 12 |
| UPLIFT RECOVERY CENTER LLC | | 3 |
| VANITY WELLNESS CENTER INC | | 2 |
| LAKERIDGE RECOVERY CENTER | | 2 |
| INNER LIGHT RECOVERY LLC | | 1 |
| VANITY DETOX CENTER INC | | 1 |

| Stripe Fingerprint | Payment Method | # Unique Members |
|---|---|---|
| ldAwd4IidpFObPUB | Debit Card | 38 |

| PROVIDER | | # Unique Members |
|---|---|---|
| UPLIFT RECOVERY NOHO LLC | | 13 |
| ESSENCE RECOVERY CENTER INC | | 13 |
| INNER LIGHT RECOVERY LLC | | 3 |
| LAKERIDGE RECOVERY CENTER | | 2 |
| UPLIFT RECOVERY CENTER LLC | | 3 |
| VANITY DETOX CENTER INC | | 2 |
| LNA REALTY INC | | 1 |
| VANITY WELLNESS CENTER INC | | 1 |

| Stripe Fingerprint | Payment Method | # Unique Members |
|---|---|---|
| rJdTvJ3NuKV54c5Z | Prepaid Debit Card | 36 |

| PROVIDER | | # Unique Members |
|---|---|---|
| RISE AND RENEW INC | | 18 |
| COMFORT RECOVERY IOP LLC | | 10 |
| SPIRITUAL WELLNESS AND RECOVERY | | 3 |
| LUXE RECOVERY | | 2 |
| INNERVISIONS RECOVERY CENTER LL | | 1 |
| CLEAR CONSCIENCE TREATMENT CENTER | | 1 |
| BABAL INC | | 1 |

| Stripe Fingerprint | Payment Method | # Unique Members |
|---|---|---|
| WFOwishIg0rFskuC | Debit Card | 35 |

| PROVIDER | | # Unique Members |
|---|---|---|
| UPLIFT RECOVERY NOHO LLC | | 19 |
| ESSENCE RECOVERY CENTER INC | | 7 |
| LAKERIDGE RECOVERY CENTER | | 3 |
| INNER LIGHT RECOVERY LLC | | 2 |
| UPLIFT RECOVERY CENTER LLC | | 2 |
| AVAN WELLNESS CENTER | | 1 |
| VANITY DETOX CENTER INC | | 1 |

| Stripe Fingerprint | Payment Method | # Unique Members |
|---|---|---|
| ADQlENwizk1QzgRv | Debit Card | 34 |

| PROVIDER | | # Unique Members |
|---|---|---|
| UPLIFT RECOVERY NOHO LLC | | 13 |
| ESSENCE RECOVERY CENTER INC | | 10 |
| LAKERIDGE RECOVERY CENTER | | 5 |
| VANITY DETOX CENTER INC | | 3 |
| UPLIFT RECOVERY CENTER LLC | | 2 |
| INNER LIGHT RECOVERY LLC | | 1 |

| Stripe Fingerprint | Payment Method | # Unique Members |
|---|---|---|
| XVqMlxOhu9Izt12K | Debit Card | 32 |

| PROVIDER | | # Unique Members |
|---|---|---|
| LOVE & LIGHT RECOVERY CENTER | | 26 |
| VANITY WELLNESS CENTER INC | | 4 |
| SERENITY PATH RECOVERY INC | | 1 |
| VANITY DETOX CENTER INC | | 1 |

| Stripe Fingerprint | Payment Method | # Unique Members |
|---|---|---|
| p8WKQum5m5V3Zk5A | Debit Card | 31 |

| PROVIDER | | # Unique Members |
|---|---|---|
| ESSENCE RECOVERY CENTER INC | | 13 |
| UPLIFT RECOVERY NOHO LLC | | 10 |
| LAKERIDGE RECOVERY CENTER | | 4 |
| INNER LIGHT RECOVERY LLC | | 2 |
| UPLIFT RECOVERY CENTER LLC | | 1 |
| VANITY DETOX CENTER INC | | 1 |

| Stripe Fingerprint | Payment Method | # Unique Members |
|---|---|---|
| Fu1BO1Pvr0HDoaHo | Credit Card | 30 |

| PROVIDER | | # Unique Members |
|---|---|---|
| BABAL INC | | 13 |
| 1ST HOUSE OF LIFE INC | | 5 |
| MEDICHEX, INC | | 3 |
| NEW BREATH RECOVERY INC | | 3 |
| CA DRUG DETOX LLC | | 2 |
| SPIRITUAL WELLNESS AND RECOVERY | | 1 |
| LUXE RECOVERY | | 1 |
| SERENITY PATH RECOVERY INC | | 1 |
| DELUXE TREATMENT CENTER | | 1 |