# EXHIBIT E

| Policy ID | Provider Name | Common Fingerprint Stripe | Payment Date & Time | Minutes Between Payments | Payment Method | Payment Amount |
|---|---|---|---|---|---|---|
| *****5656 | UPLIFT RECOVERY NOHO LLC | CWM7CDE13EmfDATZ | 12/30/25 16:56 | - | Debit Card | $1,036.87 |
| *****0440 | UPLIFT RECOVERY NOHO LLC | CWM7CDE13EmfDATZ | 12/30/25 16:59 | 3 | Debit Card | $911.99 |
| *****7026 | ESSENCE RECOVERY CENTER I | CWM7CDE13EmfDATZ | 12/30/25 17:01 | 2 | Debit Card | $1,562.70 |
| *****0648 | UPLIFT RECOVERY NOHO LLC | CWM7CDE13EmfDATZ | 12/30/25 17:04 | 3 | Debit Card | $1,176.27 |
| *****7822 | UPLIFT RECOVERY NOHO LLC | CWM7CDE13EmfDATZ | 12/30/25 17:12 | 8 | Debit Card | $570.37 |
| *****2008 | UPLIFT RECOVERY NOHO LLC | CWM7CDE13EmfDATZ | 12/30/25 17:15 | 3 | Debit Card | $1,154.33 |
| *****9238 | UPLIFT RECOVERY CENTER LL | CWM7CDE13EmfDATZ | 12/30/25 17:16 | 1 | Debit Card | $2,039.12 |
| *****8147 | UPLIFT RECOVERY CENTER LL | CWM7CDE13EmfDATZ | 12/30/25 17:19 | 3 | Debit Card | $1,035.06 |
| *****4178 | UPLIFT RECOVERY NOHO LLC | CWM7CDE13EmfDATZ | 12/30/25 17:21 | 2 | Debit Card | $1,542.92 |
| *****5118 | UPLIFT RECOVERY CENTER LL | CWM7CDE13EmfDATZ | 12/30/25 17:23 | 2 | Debit Card | $1,249.37 |
| *****9228 | AVAN WELLNESS CENTER | CWM7CDE13EmfDATZ | 12/30/25 17:26 | 3 | Debit Card | $876.35 |
| | | | | | | $13,155.35 |