# EXHIBIT F

| Provider Name | Days with FB Members (Jan. 2025–Jan. 2026) | # of Days with FB Members >50% Capacity | # of Days with FB Members >100% | # of Days with FB Members >90 –100% | # of Days with FB Members >80 –89% | # of Days with FB Members >70 –79% | # of Days with FB Members >60 –69% | # of Days with FB Members >50 –59% | # of Days with FB Members <50% |
|---|---|---|---|---|---|---|---|---|---|
| Uplift Recovery Noho LLC | 336 | 182 | | 3 | 9 | 43 | 48 | 79 | 154 |
| Essence Recovery Center Inc. | 236 | 69 | | 1 | 5 | 11 | 19 | 33 | 167 |
| Comfort Recovery Treatment | 114 | - | | | | | | | 114 |
| Vanity Detox Center | 335 | 46 | | | 8 | 11 | 6 | 21 | 289 |
| Inspire Recovery Center Inc. | 307 | 224 | 95 | 41 | 22 | 0 | 10 | 56 | 83 |
| Innervisions Recovery Center LLC | 215 | - | | | | | | | 215 |
| Uplift Recovery Center LLC | 94 | 37 | 26 | 5 | 1 | 1 | 0 | 4 | 57 |
| Lakeridge Recovery Center | 290 | 190 | | 39 | 53 | | 67 | 31 | 100 |
| Love & Light Recovery Center Inc | 305 | 127 | | | 1 | 12 | 33 | 81 | 178 |
| Serenity Path Recovery Inc | 187 | 13 | | | | | 3 | 10 | 174 |
| Avan Wellness Center | 154 | 107 | | 4 | 9 | 21 | 24 | 49 | 47 |
| Inner Light Recovery LLC | 233 | 139 | | 39 | 36 | | 37 | 27 | 94 |
| Babal Inc dba Goodland Recovery | 198 | 35 | | | | | 3 | 32 | 163 |
| Deluxe Treatment Center Inc. | 254 | 61 | | 5 | 19 | 13 | 16 | 8 | 193 |
| Entrust Recovery Center Inc. | 267 | 229 | | 30 | 90 | | 72 | 37 | 38 |
| Pathway to Recovery Inc. dba Lime Recovery Center | 114 | 73 | | | 1 | | 9 | 63 | 41 |
| Harmony Hills Recovery Inc. | 130 | 104 | | 21 | 29 | 21 | 24 | 9 | 26 |
| AMS Pro Group dba Wish Recovery | 201 | - | | | | | | | 201 |
| Rise and Renew Inc | 102 | 44 | | 17 | 2 | 11 | | 14 | 58 |
| Spiritual Wellness and Recovery Inc | 261 | 120 | | | 22 | | 46 | 52 | 141 |
| Sun And Moon Rehabilitation | 199 | 74 | | | 2 | | 12 | 60 | 125 |
| New Breath Recovery | 165 | 86 | | | 18 | | 26 | 42 | 79 |
| 1st House of Life Inc | 149 | 89 | | 3 | 16 | | 14 | 56 | 60 |
| Clear Conscience Treatment Center | 179 | 74 | | 5 | 8 | | 35 | 26 | 105 |
| Nebo Hill Treatment Center | 107 | 79 | | 2 | 18 | | 29 | 30 | 28 |
| CA Drug Detox LLC | 75 | 56 | | 2 | 14 | | 14 | 26 | 19 |
| New Life Inc dba Luxe Recovery | 133 | 7 | | | | | | 7 | 126 |
| Saint Lawrence Recovery | 231 | 2 | | | | | | 2 | 229 |
| 4 Season Detox And Recovery House Inc | 175 | 32 | | | | | 9 | 23 | 143 |
| LNA Realty dba Luxe Recovery | 190 | 14 | | | | | | 14 | 176 |
| EHG Enterprises Inc. dba Bliss Recovery | 112 | - | | | | | | | 112 |
| Comfort Recovery Treatment Center dba Comfort Detox | 114 | - | | | | | | | 114 |
| Blue Stream Enterprises Inc. dba Lost Angels Treatment Center | 61 | - | | | | | | | 61 |
| We Care Outpatient LLC | 1 | - | | | | | | | 1 |