# EXHIBIT G

| Provider Name | Members Admitted / Days from Enrollment to Admission | | | | | |
|---|---|---|---|---|---|---|
| | 0 Days | 1-5 Days | 6-10 Days | 11-15 Days | >15 Days | Grand Total |
| UPLIFT RECOVERY NOHO LLC | 21 | 126 | 25 | 19 | 9 | 200 |
| ESSENCE RECOVERY CENTER INC | 6 | 51 | 26 | 7 | 19 | 109 |
| INNERVISIONS RECOVERY CENTER LLC | 10 | 24 | 5 | 5 | 11 | 55 |
| INSPIRE RECOVERY CENTER INC. | 3 | 16 | 6 | 10 | 17 | 52 |
| COMFORT RECOVERY IOP LLC | 2 | | 8 | 2 | 35 | 47 |
| LOVE AND LIGHT RECOVERY CENTER | 1 | 24 | 13 | 6 | 3 | 47 |
| GOODLAND RECOVERY CENTER | 4 | 8 | 3 | 5 | 25 | 45 |
| LAKERIDGE RECOVERY CENTER | 7 | 28 | 6 | | 3 | 44 |
| PATHWAY TO RECOVERY INC. | 5 | 23 | 2 | | 13 | 43 |
| SERENITY PATH RECOVERY INC | 1 | 15 | 14 | 6 | 7 | 43 |
| UPLIFT RECOVERY CENTER LLC | 2 | 5 | 21 | 10 | 5 | 43 |
| VANITY DETOX CENTER INC. | 3 | 17 | 8 | 2 | 12 | 42 |
| DELUXE TREATMENT CENTER INC. | 1 | 14 | 12 | 5 | 6 | 38 |
| ENTRUST RECOVERY CENTER INC. | 4 | 9 | 13 | 5 | 5 | 36 |
| INNER LIGHT RECOVERY LLC | 3 | 20 | 7 | | 4 | 34 |
| VANITY WELLNESS CENTER INC. | 3 | 5 | 8 | 2 | 15 | 33 |
| AMS PRO GROUP DBA WISH RECOVERY | 5 | 6 | 7 | 2 | 10 | 30 |
| AVAN WELLNESS CENTER | 3 | 13 | 4 | 6 | 4 | 30 |
| RISE AND RENEW INC | | 8 | 8 | 4 | 10 | 30 |
| HARMONY HILLS RECOVERY INC | 1 | 4 | 3 | | 19 | 27 |
| MAS PRO GROUP DBA WISH RECOVERY IOP | 3 | 7 | 3 | | 13 | 26 |
| SPIRITUAL WELLNESS AND RECOVERY | 1 | 10 | 7 | 4 | 4 | 26 |
| SUN AND MOON REHABILITATION | 5 | 5 | 4 | | 7 | 21 |
| NEBO HILL TREATMENT CENTER | 3 | 10 | | 2 | 5 | 20 |
| 1ST HOUSE OF LIFE INC. | | 4 | 4 | 5 | 6 | 19 |
| CLEAR CONSCIENCE TREATMENT CENTER | | 10 | 2 | 2 | 3 | 17 |
| MEDICHEX, INC. DBA LIFT OFF | | 6 | 4 | 4 | 3 | 17 |
| NEW BREATH RECOVERY INC | | 5 | 2 | | 10 | 17 |
| LUXE RECOVERY | 2 | | | 2 | 12 | 16 |
| CA DRUG DETOX LLC | 1 | 4 | 1 | 1 | 6 | 13 |
| SAINT LAWRENCE RECOVERY | | | 1 | 2 | 8 | 11 |
| 4 SEASON DETOX AND RECOVERY HOUSE INC. | | 4 | | | 5 | 9 |
| COMFORT RECOVERY TREATMENT CENTER | | 2 | 1 | | 2 | 5 |
| EHG ENTERPRISES INC DBA BLISS RECOVERY | | 1 | 2 | | 1 | 4 |
| LOST ANGELS TREATMENT CENTER | | | | | 2 | 2 |
| WE CARE OUTPATIENT | | | | | 1 | 1 |
| Grand Total | 100 | 484 | 230 | 118 | 320 | 1252 |