# EXHIBIT H

| Policy ID | # of Defendant Facilities Attended |
|---|---|
| *****2587 | 7 |
| *****7403 | 5 |
| *****6531 | 4 |
| *****5747 | 4 |
| *****2090 | 4 |
| *****5933 | 4 |
| *****2833 | 4 |
| *****8664 | 4 |
| *****7629 | 4 |
| *****8714 | 4 |
| *****2288 | 4 |
| *****9409 | 3 |
| *****0904 | 3 |
| *****3377 | 3 |
| *****4595 | 3 |
| *****8114 | 3 |
| *****7287 | 3 |
| *****8563 | 3 |
| *****8704 | 3 |
| *****9481 | 3 |
| *****5062 | 3 |
| *****4142 | 3 |
| *****6502 | 3 |
| *****7736 | 3 |
| *****1450 | 3 |
| *****1240 | 3 |
| *****0432 | 3 |
| *****0032 | 3 |
| *****3307 | 3 |
| *****8519 | 3 |
| *****5818 | 3 |
| *****4200 | 3 |
| *****3484 | 3 |
| *****4730 | 3 |
| *****1849 | 3 |
| *****4683 | 3 |
| *****1719 | 3 |
| *****6434 | 3 |
| *****0135 | 3 |
| *****2331 | 3 |
| *****9368 | 3 |
| *****5085 | 3 |

| | |
|---|---|
| *****8126 | 3 |
| *****0905 | 3 |
| *****1439 | 3 |
| *****2636 | 3 |
| *****5482 | 3 |
| *****7098 | 3 |
| *****4544 | 3 |
| *****9228 | 3 |
| *****0824 | 3 |
| *****0170 | 3 |
| *****7270 | 3 |
| *****4497 | 2 |
| *****6554 | 2 |
| *****2657 | 2 |
| *****6934 | 2 |
| *****0487 | 2 |
| *****7618 | 2 |
| *****5313 | 2 |
| *****4680 | 2 |
| *****0452 | 2 |
| *****3304 | 2 |
| *****1325 | 2 |
| *****9263 | 2 |
| *****1415 | 2 |
| *****5118 | 2 |
| *****7789 | 2 |
| *****4773 | 2 |
| *****9624 | 2 |
| *****6533 | 2 |
| *****0901 | 2 |
| *****4216 | 2 |
| *****2044 | 2 |
| *****7055 | 2 |
| *****2053 | 2 |
| *****1872 | 2 |
| *****7026 | 2 |
| *****9663 | 2 |
| *****2569 | 2 |
| *****6478 | 2 |
| *****5624 | 2 |
| *****4072 | 2 |
| *****7002 | 2 |
| *****4324 | 2 |
| *****4947 | 2 |
| *****4621 | 2 |

| | |
|---|---|
| *****9607 | 2 |
| *****5674 | 2 |
| *****1872 | 2 |
| *****5737 | 2 |
| *****0026 | 2 |
| *****6529 | 2 |
| *****5897 | 2 |
| *****6772 | 2 |
| *****7426 | 2 |
| *****0218 | 2 |
| *****4371 | 2 |
| *****2603 | 2 |
| *****2370 | 2 |
| *****3297 | 2 |
| *****6745 | 2 |
| *****6708 | 2 |
| *****9345 | 2 |
| *****9075 | 2 |
| *****0126 | 2 |
| *****0721 | 2 |
| *****4355 | 2 |
| *****1351 | 2 |
| *****9161 | 2 |
| *****3182 | 2 |
| *****0806 | 2 |
| *****5410 | 2 |
| *****3600 | 2 |
| *****9264 | 2 |
| *****9570 | 2 |
| *****1091 | 2 |
| *****7715 | 2 |
| *****6134 | 2 |
| *****3288 | 2 |
| *****6413 | 2 |
| *****2549 | 2 |
| *****8349 | 2 |
| *****7255 | 2 |
| *****9528 | 2 |
| *****2405 | 2 |
| *****7569 | 2 |
| *****3855 | 2 |
| *****6212 | 2 |
| *****1531 | 2 |
| *****7724 | 2 |
| *****4231 | 2 |

| | |
|---|---|
| *****5215 | 2 |
| *****4799 | 2 |
| *****5378 | 2 |
| *****7543 | 2 |
| *****7805 | 2 |
| *****2243 | 2 |
| *****0377 | 2 |
| *****2748 | 2 |
| *****8031 | 2 |
| *****3341 | 2 |
| *****7835 | 2 |
| *****3146 | 2 |
| *****0269 | 2 |
| *****8496 | 2 |
| *****0403 | 2 |
| *****2189 | 2 |
| *****2113 | 2 |
| *****3656 | 2 |
| *****1906 | 2 |
| *****7247 | 2 |
| *****0099 | 2 |
| *****9846 | 2 |
| *****0738 | 2 |
| *****5130 | 2 |
| *****2682 | 2 |
| *****7534 | 2 |
| *****5751 | 2 |
| *****8326 | 2 |
| *****2293 | 2 |
| *****0825 | 2 |
| *****8487 | 2 |
| *****1583 | 2 |
| *****8960 | 2 |
| *****5264 | 2 |
| *****1984 | 2 |
| *****4663 | 2 |
| *****3315 | 2 |
| *****0323 | 2 |
| *****7131 | 2 |
| *****2132 | 2 |
| *****9553 | 2 |
| *****4626 | 2 |
| *****9634 | 2 |
| *****9793 | 2 |
| *****0579 | 2 |

| | |
|---|---|
| *****1974 | 2 |
| *****9417 | 2 |
| *****8902 | 2 |
| *****3415 | 2 |
| *****7432 | 2 |
| *****6545 | 2 |
| *****8937 | 2 |
| *****1783 | 2 |
| *****2573 | 2 |
| *****9874 | 2 |
| *****8745 | 2 |
| *****1014 | 2 |
| *****1179 | 2 |
| *****6726 | 2 |
| *****1474 | 2 |
| *****3805 | 2 |
| *****8433 | 2 |
| *****2856 | 2 |
| *****9483 | 2 |
| *****4527 | 2 |
| *****4055 | 2 |
| *****0397 | 2 |
| *****1534 | 2 |
| *****5621 | 2 |
| *****5096 | 2 |
| *****6107 | 2 |
| *****6038 | 2 |
| *****1660 | 2 |
| *****0187 | 2 |
| *****1403 | 2 |
| *****9208 | 2 |
| *****2024 | 2 |
| *****7948 | 2 |
| *****6763 | 2 |
| *****2384 | 2 |
| *****2045 | 2 |
| *****4986 | 2 |
| *****8797 | 2 |
| *****7180 | 2 |
| *****9236 | 2 |
| *****9402 | 2 |
| *****1656 | 2 |
| *****4172 | 2 |
| *****7011 | 2 |
| *****8934 | 2 |

| | |
|---|---|
| *****2664 | 2 |
| *****2263 | 2 |
| *****9601 | 2 |
| *****4630 | 2 |
| *****0573 | 2 |
| *****1775 | 2 |
| *****9171 | 2 |
| *****1214 | 2 |
| *****9450 | 2 |
| *****6560 | 2 |
| *****2391 | 2 |
| *****9125 | 2 |
| *****2409 | 2 |
| *****0754 | 2 |
| *****7260 | 2 |
| *****5880 | 2 |
| *****7530 | 2 |
| *****5535 | 2 |
| *****3796 | 2 |
| *****6218 | 2 |
| *****0995 | 2 |
| *****8260 | 2 |
| *****1639 | 2 |
| *****2589 | 2 |
| *****9082 | 2 |
| *****4418 | 2 |
| *****3649 | 2 |
| *****6931 | 2 |
| *****9104 | 2 |
| *****8735 | 2 |
| *****6694 | 2 |
| *****2402 | 2 |
| *****9313 | 2 |
| *****2532 | 2 |
| *****7855 | 2 |
| *****4814 | 2 |
| *****3415 | 2 |
| *****9388 | 2 |
| *****4577 | 2 |
| *****0250 | 2 |
| *****1362 | 2 |
| *****7048 | 2 |
| *****2028 | 2 |
| *****9215 | 2 |
| *****8508 | 2 |

| | |
|---|---|
| *****9633 | 2 |
| *****5989 | 2 |
| *****4833 | 2 |
| *****2177 | 2 |
| *****9565 | 2 |
| *****8474 | 2 |
| *****2107 | 2 |
| *****4024 | 2 |
| *****6687 | 2 |
| *****9677 | 2 |
| *****4648 | 2 |
| *****3443 | 2 |
| *****7683 | 2 |
| *****8448 | 2 |
| *****3604 | 2 |
| *****6321 | 2 |
| *****4771 | 2 |
| *****3266 | 2 |
| *****6152 | 2 |
| *****4604 | 2 |
| *****0011 | 2 |
| *****1004 | 2 |
| *****2302 | 2 |